# FORM A



**18 JUN 27 PM 1: 19**

Rev. 10/10

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

IRFAN Demirovic

_____

(Full name of the Plaintiff(s) in this action)

v.

David Moss

officer Bishop

_____

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 4:18-CV-102-JHM
(To be supplied by the clerk)

(X) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

### I. PARTIES

**(A) Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Irfan Demirovic

Place of Confinement: Grayson County Detention Center

Address: 320 Showstation Rd, Leitchfield, Ky 42754

Status of Plaintiff: CONVICTED ( )  PRETRIAL DETAINEE (X)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant David Moss is employed as Jailer at Pulaski County Detention Center

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

(2) Defendant Officer ~~Moss~~ Bishop is employed as Deputy at Pulaski County Detention Center

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

(3) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(4) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

2

(5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (___) NO (X)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____
_____

Defendant(s): _____
_____

Court (if federal court, name the district. If state court, name the county):
_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):
_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

3

### III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

On or about Nov 2016 I was a pre trial Detainee at Pulaski County Detention Center and a Correction officer named Bishop started to wink at me causing me confusion. These passes have prolonged for months, not taking this matter serious because I've never experienced anything of this nature. Around Feb or March of 2017 this same officer Bishop has started to try and hold conversation with me using words like "Hey sexy" I ignored the conversation. Around July or Aug during Recreation Time I took my shirt off for the sun to help my Eczema, at this time I visualized this officer come to the window and hold thumbs up at me. (~~Bishop comes to beat on the window and hold thumbs up at me~~) Bishop comes to the window moving his hands in the motion of sucking on something saying "I was to suck on his private area" Being confused and mad I am unaware of what to do because I am bosnia and I barley understand english. On 11-17-17 officer bishop come to my door and tell me waky, waky in a sexual voice and told me that I look good. I then transported to the front by officer Bishop while he put handcuffs on my hands the officer touched my nose telling me to smell his hands then he indicated that he touched

4

### III. STATEMENT OF CLAIM(S) continued

When I told him "I don't want to" another officer indicated that Bishop was crazy. (Everything was on Camera) When I was transported back to the Jail I was escorted to a room which I was because of the medicine that made me nausea Bishop Stated "I was sorry" In a generous voice. 12·12·17 officer Bishop Came to the unit while I was on telemate officer grabbed me from behind touching my waste Causing me to panic because of my PTSD. from the war and he stated "How are you Hollywood*ster did you miss me." As I chose to ignore this officer due to fear I dont Respond. During this time I've tried to Commit Suicide due to other inmates Calling me Homosexual and from the officer touching me, knowing that I am not. Violating my eighth amendment caused severe mental anguish. As my bunkie stopped me from committing Suicide he help me write a letter to my lawyer due to lack of english. A few days later I was moved to Suicide watch due to Suicide Attempt. On 12·18·17. On 12·18·17 The United States Marshalls Came to Question me from the letter I wrote Brandon J Storm attorney at law. After the report I was transferred to another facility. My Lawyer then sent me to get a mental health Evaluation at FDC Englewood Littleton Colorado 80123. Acting under the Color of law and Causing a mental disease. I pray that the Courts finds this pro se motion to be accepted and Immediate Action is taken.

5

## IV.  RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

__X__ award money damages in the amount of $ 50,000,000.00

__X__ grant injunctive relief by Removing the Guard so it dont happen to nobody else.

__X__ award punitive damages in the amount of $ 10,000,000.00

_____ other: _____

## V.   DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 28 day of ___June___, 2018.

_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _____.

_____
(Signature)

IRFAN Demirovic
520 Shaw station Rd
Leitchfield, Ky 42754

LOUISVILLE KY 400
26 JUN 2018 PM 4 L



FILED
US DISTRICT CLERK
WESTERN DISTRICT OF KY
18 JUN 27 PM 1:18

Grayson County Detention Center

United States District Court
Western District of Kentucky
601 W Broadway Rm 106
Gene Snyder United States Courthouse
Louisville, KY 40202

40202-224999



LEGAL MAIL

TAmpering with mail is a federal offense